## PROPOSED ORDER/COVER SHEET

E-filing

TO: Honorable Edward M. Chen
U.S. Magistrate Judge

RE: Richard Lee Zarr

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 3-06-70454

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jill Brenny     (415)436-7510
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____    Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. **The defendant shall not possess any drugs or alcohol**

B. **The defendant shall submit to mental health counseling at the discretion of Pretrial Services**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____    9/4/06
JUDICIAL OFFICER                   DATE

Cover Sheet (12/03/02)